UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TOBIE B. ROSS, JR., ALLEN PROVOST, T. MARIE MCCALL, ALBERT L. LEMONS, SILVIA BROOKS WILLIAMS, CHARLES H. TAYLOR, and BARBARA A. GATSON, BOARD OF TRUSTEES FOR NORTH FOREST INDEPENDENT SCHOOL DISTRICT, | } } } } } } } } | |
| Plaintiffs, | } } | |
| VS. | } } | CIVIL ACTION NO. H-08-3049 |
| TEXAS EDUCATION AGENCY, STATE OF TEXAS, | } } } | |
| Defendant. | } } } } } | |

## FINAL SUMMARY JUDGMENT

In accordance with the OpinIon and Order of Summary Judgment entered this day, it is hereby ORDERED that Plaintiffs Tobie B. Ross, Jr., Allen Provost, T. Marie McCall, Albert L. Lemons, Silvia Brooks Williams, Charles H. Taylor, and Barbara A. Gatson, Board of Trustees for North Forest Independent School District take nothing of the Texas Education Agency, State of Texas and shall bear all costs of action.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, this 28th day of September, 2009.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE